IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| C.P., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:24-cv-01229-LMM |
| | : | |
| SHIV GLOBAL HOTEL, LLC, | : | |
| d/b/a KNIGHTS INN AND | : | |
| GLOBAL MANAGEMENT & | : | |
| INVESTMENT CORPORATION | : | |
| d/b/a KNIGHTS INN, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ENTRY OF APPEARANCE

COMES NOW, Jennifer M. Webster, of the law firm of Andersen, Tate & Carr, P.C., and hereby enters an appearance as counsel on behalf of Plaintiff, C.P., in the above-styled action.

Respectfully submitted this 15th day of August, 2024.

                                                **ANDERSEN, TATE & CARR, P.C.**

                                                */s/ Jennifer M. Webster*_____
                                                Patrick J. McDonough
                                                Georgia Bar No. 489855
                                                pmcdonough@atclawfirm.com
                                                Jennifer M. Webster
                                                Georgia Bar No. 760381
                                                jwebster@atclawfirm.com
                                                *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1D, Counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1.C. This document was prepared using Times New Roman 14-point font.

Respectfully submitted this 15th day of August, 2024.

                                                **ANDERSEN, TATE & CARR, P.C.**

                                                */s/ Jennifer M. Webster*_____
                                                Patrick J. McDonough
                                                Georgia Bar No. 489855
                                                pmcdonough@atclawfirm.com
                                                Jennifer M. Webster
                                                Georgia Bar No. 760381
                                                jwebster@atclawfirm.com
                                                *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

Respectfully submitted this 15th day of August, 2024.

                          **ANDERSEN, TATE & CARR, P.C.**

                          */s/ Jennifer M. Webster*
                          Patrick J. McDonough
                          Georgia Bar No. 489855
                          pmcdonough@atclawfirm.com
                          Jennifer M. Webster
                          Georgia Bar No. 760381
                          jwebster@atclawfirm.com
                          *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile