IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| C.P., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO.: |
| v. | : | 1:24-cv-01229-LMM |
| | : | |
| SHIV GLOBAL HOTEL, LLC, | : | |
| d/b/a Knights Inn, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## SUGGESTION OF DEATH

COMES NOW, Counsel for Plaintiff, and pursuant to Fed. R. Civ. P. 25(1), hereby suggests on the record the death of Plaintiff C.P., who died on June 18, 2024. This suggestion is based upon personal knowledge of Plaintiff's Counsel.

Respectfully submitted this 19th day of August, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com

1

*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## **<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to L.R. 7.1D, Counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1.C. This document was prepared using Times New Roman 14-point font.

Respectfully submitted this 19th day of August, 2024.

**ANDERSEN, TATE & CARR, P.C**.

***/s/ Jonathan S. Tonge***_____
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 19th day of August, 2024.

**ANDERSEN, TATE & CARR, P.C**.

**/s/ Jonathan S. Tonge**_____
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
*Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile