UNITED STATES DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.P., <br><br> Plaintiff, <br><br> v. <br><br> SHIV GLOBAL HOTEL, LLC d/b/a KNIGHTS INN and GLOBAL MANAGEMENT & INVESTMENT CORPORATION d/b/a KNIGHTS INN, <br><br> Defendants. | CIVIL ACTION NO. 1:24-CV-01229-AT |

## NOTICE OF SETTLEMENT

**COME NOW Shiv Global Hotel, LLC d/b/a Knights Inn and Global Management & Investment Corporation d/b/a Knights Inn**, Defendants in the above-styled action, and hereby notify this Court that the Parties have resolved all issues between them.

It is anticipated that Plaintiff's dismissal with prejudice of all claims will be filed within thirty (30) days.

The Parties further request that they be excused from any future hearing and status conference calendars.

*SIGNATURE ON FOLLOWING PAGE*

Respectfully submitted this 31st day of October, 2024.

                        MCANGUS GOUDELOCK & COURIE, LLC

                        */s/ Kathryn S. Whitlock*
                        KATHRYN S. WHITLOCK
                        Georgia Bar No. 756233
                        THOMAS D. WHIDDON
                        Georgia Bar No. 330536
                        kate.whitlock@mgclaw.com
                        thomas.whiddon@mgclaw.com
                        Post Office Box 57365
                        Atlanta, Georgia 30343
                        (678) 500-7307
                        *Attorneys for Shiv Global Hotel, LLC d/b/a*
                        *Knights Inn and Global Management & Investment*
                        *Corporation d/b/a Knights Inn*

In accord with Fed. R. Civ. P. 11, Defendants state that this signature block is attached to *Notice of Settlement* in Case No. 1:24-CV-01229-AT, United States District Court for the Northern District of Georgia, Atlanta Division.

## **CERTIFICATE OF FONT COMPLIANCE**

Counsel for Defendant hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court in LR 5.1(C): Times New Roman (14 point).

This the 31st day of October, 2024.

                MCANGUS GOUDELOCK & COURIE, LLC

                */s/ Kathryn S. Whitlock*
                KATHRYN S. WHITLOCK
                Georgia Bar No. 756233
                THOMAS D. WHIDDON
                Georgia Bar No. 330536
                kate.whitlock@mgclaw.com
                thomas.whiddon@mgclaw.com
                Post Office Box 57365
                Atlanta, Georgia 30343
                (678) 500-7307
                *Attorneys for Shiv Global Hotel, LLC d/b/a*
                *Knights Inn and Global Management & Investment*
                *Corporation d/b/a Knights Inn*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Settlement* was served upon all counsel of record via the Court's electronic filing system which automatically sends a service copy via electronic mail notification to all counsel of record addressed as follows:

> Matthew B. Stoddard, Esq.
> Patrick J. Hannon, Esq.
> THE STODDARD FIRM
> 1534 North Decatur Road
> Atlanta, GA 30307
> matt@legalhelpga.com
> pat@legalhelpga.com

This the 31st day of October, 2024.

> MCANGUS GOUDELOCK & COURIE, LLC
>
> */s/ Kathryn S. Whitlock*
> KATHRYN S. WHITLOCK
> Georgia Bar No. 756233
> THOMAS D. WHIDDON
> Georgia Bar No. 330536
> kate.whitlock@mgclaw.com
> thomas.whiddon@mgclaw.com
> Post Office Box 57365
> Atlanta, Georgia 30343
> (678) 500-7307
> *Attorneys for Shiv Global Hotel, LLC d/b/a Knights Inn and Global Management & Investment Corporation d/b/a Knights Inn*