UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.P.,<br><br>    Plaintiff,<br><br>v.<br><br>SHIV GLOBAL HOTEL, LLC<br>d/b/a Knights Inn and<br>GLOBAL MANAGEMENT &<br>INVESTMENT CORPORATION<br>d/b/a Knights Inn,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-01229-LMM |

**CONSENT MOTION FOR EXTENSION OF TIME**

The parties request an extension of time until January 31, 2025 for Plaintiff to file her Motion to Substitute Plaintiff, C.P., pursuant to Fed. R. Civ. P. 25 and to file the dismissal with prejudice of all claims, showing this Honorable Court as follows:

1.

On October 31 the parties reached a settlement agreement, pending the filing of a motion for substitution of party.

2.

The heirs of the decedent Plaintiff unanimously agree in principle to the terms of the settlement agreement.

3.

Decedent Plaintiff's counsel is currently coordinating probate proceedings with the heirs. While the heirs have worked diligently to settle decedent Plaintiff's affairs, the process has proven to be more time-consuming than initially anticipated.

4.

Accordingly, the parties request an extension of time until January 31, 2025 to file her Motion to Substitute Plaintiff, C.P., and to file the dismissal with prejudice of all claims.

5.

The parties present this motion to the Court in good faith and not for purposes of delay.

Respectfully submitted on November 14, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000

Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

                         MCANGUS, GOUDELOCK & COURIE, LLC

                         */s/ Kathryn S. Whitlock*
                         KATHRYN S. WHITLOCK
                         Georgia Bar No. 756233
                         kate.whitlock@mgclaw.com
                         THOMAS WHIDDON
                         Georgia Bar No. 330536
                         Thomas.Whiddon@mgclaw.com

270 Peachtree Street NW, Suite 1800
Atlanta, Georgia 30303
(678) 500-7300 | Telephone
(678) 669-3546 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on November 14, 2024.

                                             ANDERSEN, TATE & CARR, P.C.

                                             */s/ Jonathan S. Tonge*
                                             PATRICK J. MCDONOUGH
                                             Georgia Bar No. 489855
                                             pmcdonough@atclawfirm.com
                                             JONATHAN S. TONGE
                                             Georgia Bar No. 303999
                                             jtonge@atclawfirm.com
                                             JENNIFER M. WEBSTER
                                             Georgia Bar No. 760381
                                             jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile