UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.P., <br><br> Plaintiff, <br><br> v. <br><br> SHIV GLOBAL HOTEL, LLC d/b/a Knights Inn and GLOBAL MANAGEMENT & INVESTMENT CORPORATION d/b/a Knights Inn, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-01229-LMM |

**[PROPOSED] ORDER**

HAVING REVIEWED the parties' Consent Motion for Extension of Time, the Court enters the following:

(a) Plaintiff shall file her Motion to Substitute Plaintiff, C.P., on or before January 31, 2025; and

(b) The parties shall file the Dismissal with Prejudice on or before January 31, 2025.

SO ORDERED, this _____ day of _____, 2024.

_____
Leigh Martin May
United States District Judge

1

Consented and Prepared by:

ANDERSEN, TATE & CARR, P.C.
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonthan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No. 760381
jwebster@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Telephone: (770) 822-0900
Facsimile:  (770) 822-9680
*Attorneys for Plaintiff*

MCANGUS, GOUDELOCK & COURIE, LLC
Kathryn S. Whitlock
Georgia Bar No. 756233
kate.whitlock@mgclaw.com
Thomas Whiddon
Georgia Bar No. 330536
Thomas.Whiddon@mgclaw.com
270 Peachtree Street NW, Suite 1800
Atlanta, Georgia 30303
(678) 500-7300 | Telephone
(678) 669-3546 | Facsimile
*Attorneys for Defendants*