UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.P., <br><br> Plaintiff, <br><br> v. <br><br> SHIV GLOBAL HOTEL, LLC <br> d/b/a Knights Inn and <br> GLOBAL MANAGEMENT & <br> INVESTMENT CORPORATION <br> d/b/a Knights Inn, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-1229-LMM |

**CONSENT MOTION FOR EXTENSION OF TIME**

The parties request an extension of time until 30 days after the probate court's entry of the Letters of Administration for Plaintiff to file her Motion to Substitute pursuant to Fed. R. Civ. P. 25 and to file the dismissal with prejudice of all claims, showing this Honorable Court as follows:

1.

On October 31 the parties reached a settlement agreement, pending the filing of a motion for substitution of party.

2.

All potential heirs of the decedent Plaintiff unanimously agree in principle to the terms of the settlement agreement.

3.

On December 17, ▮▮▮▮▮▮▮▮ ("Petitioner") filed a petition for letters of administration in Fulton County Probate Court, requesting to be appointed as the administrator of the decedent Plaintiff's estate. *See* Ex. A, Filed Petition.

4.

On December 19, Petitioner was scheduled to take the oath of administration as required by state law but was unable to attend due to hospitalization. The following day, December 20, counsel contacted the probate court to reschedule the appointment. The probate court informed counsel that no further appointments would be held until after the holidays, with the next available slot being January 7.

5.

Petitioner took her oath of administration on January 7, and the original signed oath was submitted to the probate court on January 9. *See* Ex. B, Signed Oath.

6.

By law, the probate court is required to advertise notice of the petition filing for four weeks. As of January 24, the probate court has not yet begun publishing the notice.

7.

At this time, there is nothing further that Petitioner can do to expedite the probate court's entry of the Letters of Administration.

8.

Accordingly, the parties request an extension of time until 30 days after the probate court's entry of the Letters of Administration for Plaintiff to file her Motion to Substitute pursuant to Fed. R. Civ. P. 25 and to file the dismissal with prejudice of all claims.

9.

The parties present this motion to the Court in good faith and not for purposes of delay.

Respectfully submitted on January 29, 2025.

                ANDERSEN, TATE & CARR, P.C.

                */s/ Patrick J. McDonough*
                PATRICK J. MCDONOUGH
                Georgia Bar No. 489855
                pmcdonough@atclawfirm.com
                JONATHAN S. TONGE
                Georgia Bar No. 303999
                jtonge@atclawfirm.com
                JENNIFER M. WEBSTER
                Georgia Bar No. 760381
                jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

        MCANGUS, GOUDELOCK & COURIE, LLC

        */s/ Kathryn S. Whitlock*
        KATHRYN S. WHITLOCK
        Georgia Bar No. 756233
        kate.whitlock@mgclaw.com
        THOMAS WHIDDON
        Georgia Bar No. 330536
        Thomas.Whiddon@mgclaw.com

270 Peachtree Street NW, Suite 1800
Atlanta, Georgia 30303
(678) 500-7300 | Telephone
(678) 669-3546 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on January 29, 2025.

ANDERSEN, TATE & CARR, P.C.

*/s/ Patrick J. McDonough*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile