# Exhibit A- Petition

# Filed Provisionally Under Seal