# Exhibit B- Signed Oath

# Filed Provisionally Under Seal