UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.P.,<br><br>    Plaintiff,<br><br>v.<br><br>SHIV GLOBAL HOTEL, LLC<br>d/b/a Knights Inn and<br>GLOBAL MANAGEMENT &<br>INVESTMENT CORPORATION<br>d/b/a Knights Inn,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-1229-LMM |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 26(c)(1) and 5.2(d), Local Rule 79.1(B), and the protective order in this case, Plaintiff files this Motion for Leave to file the Consent Motion for Extension of Time and Exhibits A and B of the Consent Motion for Extension of Time.

The Consent Motion for Extension of Time and Exhibits A and B of the Consent Motion for Extension of Time includes sensitive and identifying information in reference to Plaintiff. As such, the protective order in this case [Dkt. No. 10] requires Plaintiff to seek leave to file such documents under seal.

Thus, Plaintiff requests leave to file under seal the Consent Motion for Extension of Time and Exhibits A and B of the Consent Motion for Extension of Time, as it includes sensitive and identifying information in reference to Plaintiff.

1

Respectfully submitted on January 29, 2025.

        ANDERSEN, TATE & CARR, P.C.

        */s/ Patrick J. McDonough*
        PATRICK J. MCDONOUGH
        Georgia Bar No. 489855
        pmcdonough@atclawfirm.com
        JONATHAN S. TONGE
        Georgia Bar No. 303999
        jtonge@atclawfirm.com
        JENNIFER M. WEBSTER
        Georgia Bar No. 760381
        jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted on January 29, 2025.

           ANDERSEN, TATE & CARR, P.C.

           */s/ Patrick J. McDonough*
           PATRICK J. MCDONOUGH
           Georgia Bar No. 489855
           pmcdonough@atclawfirm.com
           JONATHAN S. TONGE
           Georgia Bar No. 303999
           jtonge@atclawfirm.com
           JENNIFER M. WEBSTER
           Georgia Bar No. 760381
           jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile