UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.P.,<br><br>    Plaintiff,<br><br>v.<br><br>SHIV GLOBAL HOTEL, LLC<br>d/b/a Knights Inn and<br>GLOBAL MANAGEMENT &<br>INVESTMENT CORPORATION<br>d/b/a Knights Inn,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-1229-LMM |

**PROPOSED ORDER ON PLAINTIFF'S MOTION TO SEAL**

Now before this Court is Plaintiff's Motion to Seal. Plaintiff requests leave to file documents under seal in connection with the Consent Motion for Extension of Time and Exhibits A and B of the Consent Motion for Extension of Time. For good cause shown, this motion is **GRANTED.** Plaintiff is authorized to file under seal the documents identified in her motion.

SO ORDERED this _____ day of _____, 2025.

_____
Leigh Martin May
United States District Judge

1