UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.P.,<br><br>    Plaintiff,<br><br>v.<br><br>SHIV GLOBAL HOTEL, LLC<br>d/b/a Knights Inn and<br>GLOBAL MANAGEMENT &<br>INVESTMENT CORPORATION<br>d/b/a Knights Inn,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-01229-LMM |

**ORDER**

HAVING REVIEWED the parties' Consent Motion for Extension of Time, the Court enters the following:

(a) Plaintiff shall file her Motion to Substitute Plaintiff, C.P., within 30 days of the probate court's entry of the Letters of Administration; and

(b) The parties shall file the Dismissal with Prejudice within 30 days of the probate court's entry of the Letters of Administration.

SO ORDERED, this  29th  day of   January  , 2025.

_____
Leigh Martin May
United States District Judge

1