To: All Judges, Clerks of Court and Counsel of Record

From: Kathryn S. Whitlock

Re: Notice of Leave of Absence


 COMES NOW Candace J. Rodgers and respectfully notifies all judges before whom she has cases pending, all affected clerks of court, and all opposing counsel, that she will be on leave pursuant to Georgia Uniform Court Rule 16.

1.

 The periods of leave during which time Applicant will be away from the practice of law is as follows:

**March 24, 2025**

**May 5, 2025 – May 7, 2025**

**August 13, 2025 – August 28, 2025**


2.

 The purpose of these leaves is that she will be out of state on family vacations, or attending various organization meetings and CLE seminars during these time periods.  There are no proceedings scheduled during the requested time period as of the filing date of this Request.

3.

 All affected judges and opposing counsel have ten (10) days from the date of this Notice to object to it.  If no objections are filed, the leave shall be effective.

 This the 5th day of March, 2025.


MCANGUS GOUDELOCK
AND COURIE, LLC

/s/ Kathryn s. Whitlock

Kathryn S. Whitlock
Georgia State Bar No.: 756233

Post Office Box 57365
Atlanta, Georgia 30303
Phone: (678) 500-7300
Fax: (678) 669-3546
Kate.Whitlock@mgclaw.com

| EXHIBIT 'A'<br>District<br>Court Of<br>County | | |
|---|---|---|
| **Name of Case**<br>**Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Godreque Newsom and Daryll Triplett v. City of Jonesboro, Georgia and Donya L. Sartor, in her individual capacity<br><br>Civil Action No.1:24-CV-01084-SDG | The Presiding Judge | Cheryl B. Legare<br>Legare, Attwood & Wolfe, LLC<br>125 Clairemont Avenue, Suite 380<br>Decatur, Georgia 30030<br>Attorney for Daryll Triplett<br><br><br>Lisa C. Lambert<br>Law Office of Lisa C. Lambert<br>245 N. Highland Avenue<br>Suite 230-139<br>Atlanta, Georgia 30307<br>Attorney for Godreque Newsom |
| Kyle McHugh and Larry Meek v. Ollin Sykes, Scotty Sykes, Sykes & Company, P.A., Ernest Nesmith, Marcus Rogers, Nesmith Rogers, Financial Consulting Group, LLC, Robert D. Keller, Joseph Skaliski, Atlantic Coast Conservancy, Inc., Nancy Zak, Lisa Cantrell, | The Presiding Judge | Daniel J. Treuden<br>The Bernhoft Law Firm, S.C.<br>1402 E. Cesar Chavez Street<br>Austin, TX 78702<br><br>James Larry Stine<br>Wimberly Lawson<br>3400 Peachtree Road NE<br>Suite 400- Lenox Towers |

Josh Stanley, Forever Forests, LLC, Green Earth Reserve, LLC, Terry Heath, Fieldstone South, LLC, Dennis W. Benson, Benson Appraisal Services, Douglas Ross Kenny, Rick A. Kenny, Kenny & Associates, Inc., Dolph Winders, Fisherbroyles Legal Counsel, Fisherbroyles, LLC, Skalski Law Firm, LLC, Kimberly A. Skalski, Skalski CPAs, LLC, Lamb & Braswell, LLC, Arthur J. Goolsby, Jr. and Blair K. Cleveland

Civil Action No.1:22-cv-01685-SEG

Atlanta, Georgia 30326

James W. Wimberly, Jr
Wimberly Lawson Steckel
Schneider & Stine, PC
3400 Peachtree Road N.E.
Suite 400, Lenox Towers
Atlanta, Georgia 30326

James W. Wimberly, Jr.
Wimberly Lawson Steckel
Schneider & Stine, PC
3400 Peachtree Road N.E.
Suite 400, Lenox Towers
Atlanta, Georgia 30326

Korry Lewis
The Bernhoft Law Firm, S.C.
2232 Dell Range Boulevard
Suite 324
Cheyenne, Wyoming 82009

Patrick Kane
The Bernhoft Law Firm, S.C.
1402 E. Cesar Chavez Street
Austin, TX 78702

Robert G. Bernhoft
The Bernhoft Law Firm, S.C.
1710 W. 6th Street
Austin, TX 78703
Attorney for  Kyle McHugh, Larry Meek

Adam Scott Rubenfield
Hungeling Rubenfield Law
Peachtreet 25th

1718 Peachtree Street, N.W.
Suite 599
Atlanta, Georgia 30309

Andrew Mabon Beal
Beal, Sutherland, Berlin, &
Brown, LLC
945 East Paces Ferry Road NE
Suite 2000
Atlanta, Georgia 30326
Attorney for  Kimberly A.
Skalski, Joseph Skaliski,
Skalski Law Firm, LLC,
Skalski CPAs, LLC

Anthony Joseph Rollins
Smith, Gambrell & Russell,
LLC
1105 W. Peachtreet Street NE
Suite 1000
Atlanta, Georgia 30309

Brian Sutherland
Beal, Sutherland, Berlin, &
Brown, LLC
945 East Paces Ferry Road NE
Suite 2000
Atlanta, Georgia 30326

Bryan Anthony Almeida
Marcus Neiman Rashbaum &
Pineiro LLP
2 S. Biscayne Boulevard
Suite 2530
Miami, Florida 33131
Attorney for  Kenny &
Associates, Inc., Douglas Ross

Kenny, Rick A. Kenny


Christopher Joseph Daniels
Barnes & Thornburg LLP
3340 Peachtree Road NE
Suite 2900
Atlanta, Georgia 30326

Attorney for  Nancy Zak,
Forever Forests, LLC, Green
Earth Reserve, LLC, Lisa
Cantrell, John Stanley


Colin Dang Delaney
Smith, Gambrell & Russell,
LLC
1105 W. Peachtreet Street NE
Suite 1000
Atlanta, Georgia 30309

Corrie Elizabeth Hall
James Bates Brannan Gloover,
LLP
231 Riverside Dr.
Suite 100
Macon, Georgia 31208


Dana K. Maine
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite
1600
Atlanta, Georgia 30339-5948


David Hungeling
Hungeling Rubenfield Law
Peachtreet 25th

1718 Peachtree Street, N.W.
Suite 599
Atlanta, Georgia 30309
Attorney for  Lamb &
Braswell, LLC


Derick Vollrath
Marcus Neiman Rashbaum &
Pineiro LLP
100 Southeast Third Avenue
Suite 805
Fourt Lauderdale, Florida
33394


Donald B. Brown
Hall Booth Smith, PC
2710 Old Milton Parkway
Suite 200
Alpharetta, Georgia 30009

Attorney for  Benson
Appraisal Services, Dennis W.
Benson


Duke R. Groover
James-Bates-Brannan-
Groover-LLP
231 Riverside Drive
Macon, Georgia 31201
Attorney for  Fieldstone
South, LLC, Terry Heath


Dustin R. Marlowe
Johnson Marlowe LLP
335B Oconee Street

Athens, Georgia 30601

Eric S. Fisher
Barnes & Thornburg LLP
3340 Peachtree Road NE
Suite 2900
Atlanta, Georgia 30326

Gregory Keith Smith
Smith, Gambrell & Russell,
LLC
1105 W. Peachtreet Street NE
Suite 1000
Atlanta, Georgia 30309

Jason S. Bell
Smith , Gambrell & Russell,
LLC
1105 W. Peachtreet Street NE
Suite 1000
Atlanta, Georgia 30309
Attorney for  Atlantic Coast
Conservancy, Inc., Robert D.
Keller

Jeffery A. Neiman
Marcus Neiman Rashbaum &
Pineiro LLP
100 Southeast Third Avenue
Suite 805
Fort Lauderdale, Plaintiff
33394

Jeffery Charles Hoffmeyer
Stites & Harbison PLLC
303 Peachtree Street NE
Suite 2800

Atlanta, Georgia 30308
Attorney for  Fisherbroyles,
LLC, Fisherbroyles Legal
Cousel, Dolph Winders


Jeffery Johnson
Johnson Marlowe LLP
335B Oconee Street
Athens, Georgia 30601

Jeffery Michael Reilly, Jr.
Rozen, Rozen & Reilly, LLP
248 Roswell Street NE
Marietta, Georgia 30060
Attorney for  Marcus Rogers,
Nesmith Rogers Financial
Consulting Group, LLC,
Ernest Nesmith


Johannes Stuart Kingma
Stites & Harbison, PLLC
303 Peachtree Street NE, Suite
2800
Atlanta, Georgia 30308


Kerry Fontana
Johnson Marlowe LLP
335B Oconee Street
Athens, Georgia 30601
Attorney for  Arthur J.
Goolsby, Jr., Blair K.
Cleveland


Milinda Lynn Brown
Beal, Sutherland, Berlin, &

Brown, LLC
945 East Paces Ferry Road NE
Suite 2000
Atlanta, Georgia 30326

Paul Jay Pontrelli
Buckley Beal LLP
600 Peachtree Street NE
Suite 3900
Atlanta, Georgia 30308

Sarah Pittman
Hall Booth Smith, P.C.
Hall Booth Smith, P.C.
191 Peachtree Street, Suite
2900
Atlanta, Georgia 30303

Shannon McKenzie Sprinkle
Stites & Harbison PLLC-
Atlanta
303 Peachtree Street NE
Suite 2800
Atlanta, Georgia 30308

Steven G. Hall
Baker, Donelson, Bearman,
Cladwell & Berkowitz, P.C.
3414 Peachtree Street N.E.
Suite 1500
Atlanta, Georgia 30326

Steven Howard Sadow
Law Office of Steven H.
Sadow, P.C.
260 Peachtree Street, N.W.

| | | |
|---|---|---|
| | | Suite 2502<br>Atlanta, Georgia 30303<br><br>Susan Elizabeth Hall<br>James Bates Brannan Groover LLP<br>231 Riverside Drive<br>Macon, Georgia 31201<br><br>Travis Martin Cashbaugh<br>Seyfarth Shaw LLP<br>1075 Peachtree Street, NE, Suite 2500<br>Atlanta, Georgia 30309-3962<br><br>William Dowdy White<br>Dentons US LLPS<br>303 Peachtree Street Northeast<br>Suite 5300<br>Atlanta, Georgia 30308<br><br>William H. Buechner, Jr.<br>Freeman Mathis & Gary, LLP<br>100 Galleria Parkway, Suite 1600<br>Atlanta, Georgia 30339-5948<br>Attorney for Scotty Sykes, Ollin Sykes, Sykes & Company, P.A. |
| Terrion Hudson v. Whataburger Restaurants, LLC<br><br>Civil Action No.1:24-cv-05964-WMR-LTW | The Honorable Judge William M. Ray, II | Clifford M. Weiss, Esquire<br>Fox and Weiss, P.A.<br>3340 Peachtree Road, NE<br>Suite 1800<br>Atlanta, Georgia 30326<br>Attorney for Terrion Hudson |

|  |  |  |
|---|---|---|
|  |  |  |

| EXHIBIT 'B'<br>Federal<br>Court<br>Northern<br>District Of<br>County | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Glenda Walker, Gianina Walker v. Windham Investments, Inc., Jeffrey R. Owens, Jeffrey R. Owen dba Jeffrey Owen Agent for CCPG Inc., and in his individual capacity, CCPG, Inc., Ruth Coon, Jones and Walden, LLC., Briarwood Legal, LLC., Tyler Henderson, Mark A. Nestor, Agent for Windham Investments, Mark A. Nestor, Individually<br><br>Civil Action No.1-24-cv-04138-VMC | The Presiding Judge | Pro Se<br>Attorney for  Gianina Walker<br><br>Pro Se<br>Attorney for  Glenda Walker<br><br><br>Attorney for  Jeffrey R. Owen dba Jeffrey Owen Agent for CCPG Inc., Ruth Coon<br><br>Leon S. Jones<br>Georgia Bar No. 003980<br>699 Piedmont Avenue NE<br>Atlanta, GA 30308<br>(404) 564-9300<br>LJones@joneswalden.com<br>Attorney for  Jones and Walden, LLC |
| Jane Doe (T.M.) vs. G6 | The Honorable | |

| Hospitality, LLC, G6 Hospitality Franchising, LLC, G6 Hospitality IP, LLC, G6 Hospitality Property, LLC, G6 Hospitality Purchasing, LLC, Motel 6 Operating, LP., Unity Plus, LLC<br><br>Civil Action No.1:23-cv-02598-MLB | Judge Michael L. Brown | Annie McAdams<br>Annie McAdams, PC<br>1150 Bissonnet<br>Houston, Texas 77005<br><br>James E. Payne<br>Provost Umphrey Law Firm, L.L.P.<br>350 Pine Street<br>Suite 1100<br>Beaumont, Texas 77704<br><br>Sean C. Villery-Samuel<br>Provost Umphrey Law Firm, L.L.P.<br>350 Pine Street<br>Suite 1100<br>Beaumont, Texas 77704<br><br>Tanya F. Miller<br>Dubose Miller<br>75 14th Street NW<br>Suite 2110<br>Atlanta, Georgia 30309<br>Attorney for  Jane Doe (T.M.)<br><br><br>Drew Eckl & Farnham, LLP<br>303 Peachtree Street, NE<br>Suite 3500<br>Atlanta, Georgia 30308<br>Attorney for Motel 6 Operating, LP.<br><br><br>Barbara Ann Marschalk<br>Drew, Eckl & Farnham, LLP |

| | | |
|---|---|---|
| | | 303 Peachtree Street NE, Suite 2500<br>Atlanta, Georgia  30308<br>Attorney for  Unity Plus, LLC<br><br><br>Lisa Renee Richardson<br>Drew Eckl & Farnham LLP<br>303 Peachtree St. NE Suite 3500<br>Atlanta, Georgia 30308<br><br>Attorney for  Unity Plus, LLC |
| Juli-Ann Debarros v. Huey Luey's Acworth, LLC<br><br>Civil Action No.1:23-CV-03946-MHC-JKL | The Presiding Judge | Frank DeMelfi<br>Martin Demelfi, LLC<br>7000 Peachtree Dunwoody Road<br>Building 1, Suite 2020<br>Atlanta, Georgia 30328<br><br>Nicholas P. Martin<br>Martin Demelfi, LLC<br>7000 Peachtree Dunwoody Road<br>Building 1, Suite 2020<br>Atlanta, Georgia 30328<br>Attorney for  Juli-Ann Debarros |
| Trend Hospitality, LLC dba La Quinta Inn & Suites v. Westfield Touchstone | The Presiding Judge | Alexandre A. Kachin<br>Lindsey & Lacy, PC |

| | | |
|---|---|---|
| Insurance Company<br><br>Civil Action No.1:23-CV-05982-TRJ | | 200 Westpark Drive<br>Suite 280<br>Peachtree City, Georgia 30269<br>Attorney for  Trend Hospitality, LLC dba La Quinta Inn & Suites |

| EXHIBIT 'C'<br>Superior Court Of Athens-Clarke County | | |
|---|---|---|
| **Name of Case**<br>**Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Alan McArthur and D.P., individually and on behalf of the General Public of the State of Georgia v. Boy Scouts of America, Inc.; Northeast Georgia Council, Inc., Green Acres Baptist Church; Beech Haven Baptist Church; and The Estate of Ernest Boland<br><br>Civil Action No.SU18CV0721 | The Presiding Judge | Darren W. Penn<br>Penn Law<br>4200 Northside Parkway, NW<br>Building One, Suite 100<br>Atlanta, Georgia  30327<br>Attorney for  Alan McArthur, Dennis Doe<br><br>Hannah Sbaity<br>Penn Law<br>4200 Northside Parkway, NW<br>Building One, Suite 100<br>Atlanta, Georgia  30327<br><br>Kevin Ketner<br>Penn Law Group<br>4200 Northside Parkway, NW |

| | | |
|---|---|---|
| | | Building One, Suite 100<br>Atlanta, Georgia  30327<br><br>Attorney for  Betty Boland, As the administrator of the Estate of Ernest Boland<br><br><br>Attorney for  Northeast Georgia Council, Inc.<br><br><br>Kevin Hudson<br>Hudson Lambert Parrott, LLC<br>Fifteen Piedmont Center<br>3575 Piedmont Road, Suite 850<br>Atlanta, Georgia 30305<br><br>Attorney for  Beech Haven Baptist Church<br><br><br>Matthew A. Moseley<br>Cowsert Heath, LLP<br>2405 West Broad Street<br>Suite 250<br>Athens Georgia 30606<br>Attorney for  Green Acres Baptist Church |

**EXHIBIT 'D'**
**Superior**
**Court Of**
**Bacon**
**County**

| Name of Case<br>Civil Action File No. | Judge | Opposing Counsel |
|---|---|---|
| Lisa Music and David Music v. Kevin D. Eason and Advantage South, LLC<br><br>Civil Action No.2024-SU-V-0160 | The Presiding Judge | Keith M. Morris<br>Keith M Morris PC<br>581 E Parker Street<br>Baxley, Georgia 31513<br>Attorney for  David Music, Lisa Music |

| EXHIBIT 'E'<br>Of<br>Chatham<br>County | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Whitney Lynn Anderson and Marcie Ann Palmer vs. Chapel Park of Berwick Homeowners Association, Ingrid Lustig, Daniel Strickland, Jennifer D'Amato, and Thomas Hastings<br><br>Civil Action No.SPCV24-01518-ST | The Presiding Judge | Attorney for  Marcie Ann Palmer |

| EXHIBIT 'F'<br>State<br>Court Of<br>Chatham<br>County | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |

| | | |
|---|---|---|
| Zenobia Watson vs. Farah & Farah, PA<br><br>Civil Action No. STCV24-02487 | The Presiding Judge | Bobby Phillips<br>Phillips Carson & Phillips<br>1901 Abercorn Street<br>Savannah, Georgia 31401<br>Attorney for Zenobia Denise Watson |
| George Yawn v. Thomas Nash, Jr., Esq., and Nash Law Firm, PC<br><br>Civil Action No.STCV23-02053 | The Presiding Judge | Linley Jones<br>State Bar No.403045<br>Angela M. Forstie<br>State Bar No. 840654<br>Attorney for George Yawn |

| EXHIBIT 'G'<br>State Court Of Cobb County | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Sugeiry Perez Avila vs. Benjamin O. Bengtson<br><br>Civil Action No.24-A-4234 | The Presiding Judge | Attorney for Sugeiry Perez Avila |

| EXHIBIT 'H'<br>Superior Court Of Dekalb County | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |

| | | |
|---|---|---|
| Caroline Boccarossa v. Bentley Placeb Unit Owners Association, Inc. and Access Management Group, L.P.<br><br>Civil Action No.24CV2600 | The Presiding Judge | Cory Wright<br>Weener Nathan Phillips LLP<br>5887 Glenridge Drive, NE<br>Suite 275<br>Atlanta, Georgia 30328<br>Attorney for Caroline Boccarossa |
| Peachtree Place Condominium Association, Inc. v. Alexander M. Bruno<br><br>Civil Action No.24CV5126 | The Presiding Judge | Mark A. Moore, Esq.<br>Lazega & Johanson LLC<br>P.O. Box 30325<br>Attorney for Alexander M. Bruno |

| EXHIBIT 'I'<br>Superior Court Of Douglas County | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Talmadge Dixon vs. Anneewakee Trails HOA<br><br>Civil Action No.23CV01888 | The Presiding Judge | Matthew Carlton<br>Carlton Law, LLC<br>125 Clairemont Avenue<br>Suite 470<br>Decatur, Georgia 30030<br>Attorney for Talmadge Dixon |

| | | |
|---|---|---|
| | | |

| EXHIBIT 'J'<br>Of Fulton<br>County | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Ronald Baker and Nicholas Farr v. Sandtown Center Homeowners' Association, Inc<br><br>Civil Action No.24CV002875 | The Presiding Judge | Chuck M. Douglas<br>Wakhisi-Douglas, LLC<br>2002 Summit Boulevard, Suite 300<br>Atlanta, Georgia 30319<br>Attorney for  Nicholas Farr, Ronald Baker |

| EXHIBIT 'K'<br>District<br>Court Of<br>Fulton<br>County | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |
| C.P. v. Shiv Global Hotel, LLC d/b/a Knights Inn d/b/a Knights Inn and GLOBAL MANAGEMENT & INVESTMENT CORPORATION d/b/a Knights Inn<br><br>Civil Action No.1:24-cv- | The Presiding Judge | Patrick J. McDonough<br>Georgia Bar No. 489855<br>pmcdonough@atclawfirm.com<br>Jennifer M. Webster<br>Georgia Bar No. 760381<br>jwebster@atclawfirm.com<br>Attorney for  C.P., a minor |

| 01229-LMM | | |
|---|---|---|

| EXHIBIT 'L'<br>State<br>Court Of<br>Fulton<br>County | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Kimora Sharpe vs. Shannon Villas Condominium Association, Inc. amd Beacon Management Services, LLC, and ABC, INC. 1-2<br><br>Civil Action No. 23EV005272 | The Presiding Judge | Rita Tucker Williams<br>Williams & Associates, Inc.<br>220 Church Street<br>Decatur, Georgia 30030<br>Attorney for  Kimora Sharpe<br><br>Attorney for Shannon Villas Condominium Association, Inc., Shannon Villas Condominium Association, Inc.<br><br>Elizabeth F. Taylor<br>Winter Capriola Zenner, LLC<br>3490 Piedmont Road NE Suite 800<br>Atlanta, Georgia 30305<br>Attorney for  Beacon Management Services, LLC, Beacon Management Services, LLC<br><br>Andrew T. Rogers<br>Deitch & Rogers, LLC<br>1189 Ponce de Leon Avenue., Northeast<br>Atlanta, Georgia 30306 |

| | | |
|---|---|---|
| | | Gilbert H. Deitch<br>Deitch & Rogers, LLC<br>1189 Ponce de Leon Avenue.,<br>Northeast<br>Atlanta, Georgia 30306<br>Attorney for  Faith Willis, as<br>Mother and Legal Guardian of<br>R.W., an Adult War<br><br>Kara E. Phillips<br>Deitch & Rogers, LLC<br>1189 Ponce de Leon Avenue.,<br>Northeast<br>Atlanta, Georgia 30306<br><br>W. Michael D'Antignac<br>Deitch & Rogers, LLC<br>1189 Ponce de Leon Avenue.,<br>Northeast<br>Atlanta, Georgia 30306<br>Attorney for  John Does Nos.<br>1-5<br><br>Kim M. Jackson<br>Bovis, Kyle, Burch & Medlin,<br>LLC<br>200 Ashford Center North<br>Suite 500<br>Atlanta, Georgia 30338<br>Attorney for  Inex Systems<br>and Designs, Inc<br><br>Patrick Reames<br>Bovis Kyle Burch & Bedlin<br>200 Ashford Center North<br>Suite 500<br>Atlanta, Georgia 30338<br>Attorney for  Inex Systems<br>and Designs, Inc |

| | | |
|---|---|---|
| | | William M. Davis<br>Bovis Kyle Burch & Bedlin<br>200 Ashford Center North<br>Suite 500<br>Atlanta, Georgia 30338<br>Attorney for  Inex Systems<br>and Designs, Inc. |
| JANE DOE, a pseudonym,<br>Individually and as parent and<br>next friend of L.K., a minor,<br>vs. CASCADE FAMILY<br>SKATING, LLC., ABC<br>CORPORATION 1-10., and<br>John Doe(s) 1-10.<br><br>Civil Action No.24EV000313 | The Presiding<br>Judge | Gabe Banks<br>Banks Weaver LLC<br>100 Peachtree Street, NW,<br>Suite 2650<br>Atlanta, Georgia 30303<br>Attorney for  Jane Doe<br><br><br>Sam Weaver<br>Banks Weaver LLC<br>100 Peachtree Street, NW,<br>Suite 2650<br>Atlanta, Georgia 30303<br>Attorney for  Jane Doe |
| LOUD Security Systems, Inc.<br>v. The Overlook at Camp<br>Creek Community<br>Association, Inc.<br><br>Civil Action No.24EV000411 | The Presiding<br>Judge | Justin O'Dell<br>O'Dell, O'Neal, Hungerford, &<br>Blanchard<br>506  Roswell Street, Suite 210<br>Marietta, Georgia 30060<br>Attorney for  LOUD Security<br>Systems, Inc.<br><br><br>Nicholas M. Booth |

| | | |
|---|---|---|
| | | O'Dell, O'Neal, Hungerford, & Blanchard<br><br>Attorney for LOUD Security Systems, Inc. |

| **EXHIBIT 'M'<br>Superior Court Of Fulton County** | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Spencer J. and Sara K. Lambeth, Three Lakes Corporation, a Georgia Corporation<br><br>Civil Action No. 2017-CV-286413 | The Presiding Judge | |
| Spencer J. and Sara K. Lambeth, Mitra Smith and Anthony Smith v. City of Sandy Springs, Georgia by and through its Mayor and City Council; City of Atlanta, Georgia by and through its Mayor and City Council; Three Lakes Corporation, a Georgia Corporation; a Georgia Corporation; Gilbert E. Aleman; The Estate of William Harrison; and Srinivas Pulavarti | The Presiding Judge | Attorney for Anthony Smith<br><br>Attorney for Mitra Smith<br><br>Attorney for Sara Lambeth<br><br>Attorney for Spencer Lambeth<br><br>Attorney for City of Atlanta, Georgia<br><br>Attorney for City of Sandy Springs, Georgia<br><br>Attorney for Gilbert Alement |

| | | |
|---|---|---|
| Civil Action No. 2019CV320679 | | Attorney for Srinivas Pulavarti<br><br>Joseph J. Angersola<br>Swift, Currie, McGhee & Hiers, LLP<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30309-3231<br>Attorney for The Estate of William Harrison |
| Dexter Coggins v. Shannon Villas HOA<br><br>Civil Action No.2023CV389692 | The Presiding Judge | Attorney for  Dexter Coggins |
| Friends of Piney Grove Cemetery, Inc., Rhonda Jackson and Audrey Collins v. Bluffs at Lenox Homeowners Association, Inc.<br><br>Civil Action No.24CV000278 | The Honorable Judge Robert McBurney | Ashley Futrell Hinkson<br>Jones Day<br>1221 Peachtree Street, N.E.<br>Suite 400<br>Atlanta, Georgia 30361<br><br><br>Erich S. Ritter<br>Jones Day<br>1221 Peachtree Street, N.E.<br>Suite 400<br>Atlanta, Georgia 30361<br><br><br>Kaela J. Palmiter<br>Jones Day<br>1221 Peachtree Street, N.E.<br>Suite 400<br>Atlanta, Georgia 30361 |

| | | William A. Todd<br>Jones Day<br>1221 Peachtree Street, N.E.<br>Suite 400<br>Atlanta, Georgia 30361<br><br>Hillary Shawkat<br>Lueder, Larkin & Hunter, LLC<br>5900 Windward Parkway<br>Suite 390<br>Alpharetta, Georgia 30005<br>Attorney for  Bluffs at Lenox<br>Homeowners Association,<br>Inc., Bluffs at Lenox<br>Homeowners Association, Inc. |
| Six Hills Homeowners Association, Inc. v John F. Coyne, III and Pamela B. Coyne vs. John F. Coyne, III and Pamela B. Coyne v. Lueder, Larkin & Hunter, LLC, Six Hills Homeowners Association, Inc., Elina V. Brim, Esq., Gregory A. Power, Christy Czarnecki, Renee MaChat, and David McAllister, Individually<br><br>Civil Action No.24CV003995 | The Presiding Judge | Andrew S. Mozingo<br>Georgia Bar No. 538575<br>Attorney for  Elina V. Brim, Esquire<br><br>Shivam Kumar<br>Callahan & Fusco, LLC<br>160 Clairemont Avenue, Suite 340<br>Decatur, GA 30030<br>Attorney for Six Hills Homeowners Association, Inc. |

| EXHIBIT 'N'<br>State<br>Court Of<br>Glynn<br>County | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Paula F. Griffin v. Farah &<br>Farah, P.A. (Inc.) and Jay<br>McCurdy<br><br>Civil Action No.CV20230060 | The Presiding<br>Judge | C. Dorian Britt<br>Karsman, McKenzie & Hart<br>21 West Park Avenue<br>Savannah, Georgia 31401<br><br>Jeremy S. McKenzie<br>Karsman, McKenzie & Hart<br>21 West Park Avenue<br>Savannah, Georgia 31401<br>Attorney for  Paula F. Griffin<br><br><br>Robert Bartley Turner<br>Savage, Turner, Pinkney &<br>Savage<br>102 East Liberty Street<br>8th Floor<br>Savannah, Georgia 31401 |

| EXHIBIT 'O'<br>State<br>Court Of<br>Gwinnett<br>County | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |

| | | |
|---|---|---|
| Tiffany Walker and Marcus Ball, Individually and as Next of Friends of Markailey Ball, a minor, and Marcus Ball, Jr., deceased minor vs VE Lakeview, LP: VE Lakeview GP, LLC; Dalcor Management, Inc.; Exact Capital Group, LLC; XYZ Corp. No. 3: John Doe Nos. 1 through 3<br><br>Civil Action No. 22-C-06908-S1 | The Presiding Judge | Joshua Palmer<br>Joshua E. Palmer Law Firm<br>106 Moran Drive, Suite 1506<br>Bonaire, Georgia 31005<br>Attorney for  Tiffany Walker<br><br>Madeleine N. Simmons<br>Stewart Miller Simmons Trial Attorneys<br>55 Ivan Allen Jr. Boulevard, Suite 700<br>Atlanta, Georgia 30308<br>Attorney for  Marcus Ball<br><br>Joseph Y. Rahimi II<br>Rahimi, Hughes & Padgett, LLC<br>33 Bull , Suite 590<br>Savannah, Georgia 31401<br><br>Attorney for  Dalcor Managment, Inc. |
| Shalda Hill v. Liberty CM<br><br>Civil Action No. 23-C-06633-S5 | The Presiding Judge | Attorney for  Shalda Hill |

| **EXHIBIT 'P'**<br>**Superior Court Of Gwinnett County** | | |
|---|---|---|
| **Name of Case**<br>**Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Ralph Gershom, LLC v. Mortgage Electronic | The Presiding Judge | Leon Van Gelderen<br>Leon Van Gelderen, P.C. |

| | | |
|---|---|---|
| Registration Systems, Inc., As nominee for Ameris Bank and assigns., PennyMac Loan Services, LLC, PNC Bank N.A., Inc., and Tiangelo Hawk, Tiangelo Hawk v. Sable Glen Community Association, Inc., and Patrick Labat, In his official capacity as Sheriff of Fulton County, Georgia<br><br>Civil Action No. 23-A-03326-10 | | 2300 Henderson Mill Road, Suite 300<br>Atlanta, Georgia 30345<br>Attorney for  Ralph Gershom, LLC<br><br><br>Attorney for  Mortage Electronic Registration Systems, Inc. As nominee for Ameris Ba<br><br><br>Jody Charles Campbell<br>Blum & Campbell, LLC<br>3000 Langford Road, Building 100<br>Peachtree Corners, Georgia 30071<br>Attorney for  Patrick Labat, in his official capacity as Sheriff of Fulton County, G<br><br><br>Randall M. Lipshutz<br>Lipshutz Greenblatt LLC<br>100 Crescent Centre Pkwy Suite 200<br>Tucker Georgia 30084<br>Attorney for  Tiangelo Hawk |

**EXHIBIT 'Q'**
**Superior**
**Court Of**
**Hall**
**County**

| Name of Case<br>Civil Action File No. | Judge | Opposing Counsel |
|---|---|---|
| Gilda Brown, AKA as Executrix of the Estate of Henry Meral Page vs. Angelina Papanikolas Davis, Kenneth James Lewis and Lewis & Murphy, LLP<br><br>Civil Action No.2024CV001337 | The Presiding Judge | Robert M. Gardner, Jr.<br>Gardner Law Firm<br>114 N Broad Street<br> PO Box 310<br> Winder, GA 30680<br>Attorney for  Gilda Brown, as Executrix of the Estate of Henry Meral Page |

| EXHIBIT 'R'<br>Superior<br>Court Of<br>Muscogee<br>County | | |
|---|---|---|
| **Name of Case<br>Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Tim T. Rovig v. The Casto Law Firm, P.C. and Mark A. Casto, Esq.<br><br>Civil Action No.SU2021CV002407 | The Honorable Judge Winegarden | Fife M. Whiteside<br>Fife M. Whiteside PC<br>1124 Lockwood Avenue<br>Columbus, Georgia 31906<br>Attorney for  Tim T. Rovig<br><br><br>Neal H. Howard, Esquire<br>Neal H. Howard & Associates, P.C.<br>945 Broadway, Suite 102<br>Columbus, Georgia 31901<br>Attorney for  Tim T. Rovig |

| EXHIBIT 'S' Superior Court Of Worth County | | |
| --- | --- | --- |
| **Name of Case Civil Action File No.** | **Judge** | **Opposing Counsel** |
| Meagan Taylor v. Ocean Harbor Casualty Insurance Company, Pearl Insurance Group, LLC and Fictitious Defendants ABC Corporation 1-5<br><br>Civil Action No.23CV0003 | The Presiding Judge | John C. Spurlin<br>Spurlin & Spurlin, L.L.C.<br>1510 Whiddon Mill Road<br>P.O. Box 7566<br>Tifton, Georgia 31793<br><br>Patrick S. Flynn, Esq.<br>Patrick S. Flynn, LLC<br>P.O. Box 7<br>Albany, Georgia 31702<br>Attorney for Meagan Taylor<br><br>Attorney for Fictitious Defendants ABC Corporation 1-5 |