UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.P., <br><br> Plaintiff, <br><br> v. <br><br> SHIV GLOBAL HOTEL, LLC, <br> d/b/a Knights Inn, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-01229-LMM |

**CONSENT MOTION TO SUBSTITUTE PLAINTIFF, C.P.**

The Parties, by and through Counsel, and pursuant to Fed. R. Civ. P. 25, hereby move the Court for an Order substituting as Plaintiff, Patricia Ann Payne, as Administrator of the Estate of C.P., deceased, and in support thereof, shows the Court as follows:

1.

On or about June 19, 2024, Plaintiff C.P. died suddenly. By Order dated April 18, 2025, the Probate Court of Fulton County, Georgia appointed Patricia Ann Payne as Administrator of the Estate of C.P. (Copy of the Order attached hereto as Exhibit "A" redacted to preserve C.P.'s anonymity, consistent with this Court's Protective Order (Doc. 10)). On April 18, 2025, the Probate Court issued letters of Administration to Patricia Ann Payne. (Copy of the Letters of Administration is attached hereto as Exhibit "B," redacted to preserve C.P.'s anonymity, consistent with this Court's

Protective Order (Doc. 10)). Plaintiff has previously provided unredacted versions of these documents to Defendants.

2.

Patricia Ann Payne, as Administrator of the Estate of C.P, is now the proper party Plaintiff to continue and prosecute claims on behalf of the Estate of C.P.

3.

It is requested that the Court permit the Substitution of Patricia Ann Payne, as Administrator of the Estate of C.P., to replace C.P. as a party Plaintiff, and remove C.P. individually from the style of the case, given her death. Plaintiff requests, and Defendants consent, that she need not file an amended Complaint, that Patricia Ann Payne, as Administrator of the Estate of C.P., shall be considered to be substituted upon entry of the Court's Order and that all allegations contained within Plaintiff's Complaint filed on March 21, 2024 (Doc. 1) remain in full force and effect and that the style of the case shall be changed for all further proceedings.

WHEREFORE, the Parties respectfully requests that the Court enter the Proposed Order authorizing the substitution and addition of Patricia Ann Payne, as the Administrator of the Estate of C.P.

Respectfully submitted on May 15, 2025.

[*Signatures on the following page.*]

|  |  |
|---|---|
|  | ANDERSEN, TATE & CARR, P.C. |
|  | */s/ Jennifer M. Webster* |
|  | PATRICK J. MCDONOUGH |
|  | Georgia Bar No. 489855 |
|  | pmcdonough@atclawfirm.com |
|  | JONATHAN S. TONGE |
|  | Georgia Bar No. 303999 |
|  | jtonge@atclawfirm.com |
|  | JENNIFER M. WEBSTER |
|  | Georgia Bar No. 760381 |
|  | jwebster@atclawfirm.com |
| One Sugarloaf Centre | |
| 1960 Satellite Boulevard, Suite 4000 | |
| Duluth, Georgia 30097 | |
| (770) 822-0900 \| Telephone | |
| (770) 822-9680 \| Facsimile | |
|  | MCANGUS, GOUDELOCK & COURIE, LLC |
|  | */s/ Kathryn S. Whitlock* |
|  | KATHRYN S. WHITLOCK |
|  | Georgia Bar No. 756233 |
|  | kate.whitlock@mgclaw.com |
|  | THOMAS WHIDDON |
|  | Georgia Bar No. 330536 |
|  | Thomas.Whiddon@mgclaw.com |
| 270 Peachtree Street NW, Suite 1800 | |
| Atlanta, Georgia 30303 | |
| (678) 500-7300 \| Telephone | |
| (678) 669-3546 \| Facsimile | |

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                      ANDERSEN, TATE & CARR, P.C.

                                      */s/ Jennifer M. Webster*
                                      PATRICK J. MCDONOUGH
                                      Georgia Bar No. 489855
                                      pmcdonough@atclawfirm.com
                                      TYLER A. DILLARD
                                      tdillard@atclawfirm.com
                                      JONATHAN S. TONGE
                                      Georgia Bar No. 303999
                                      jtonge@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile