IN THE PROBATE COURT OF <u>FULTON</u> COUNTY
STATE OF GEORGIA

IN RE: ESTATE OF )
)
▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ )
)
**DECEASED** )

FILED IN OFFICE
APR 18 2025
CLERK, PROBATE COURT

**ORDER APPOINTING ADMINISTRATOR**

A petition for letters of administration for the above named decedent was filed. ▅▅▅▅▅▅▅▅▅▅▅▅ was/~~were~~ nominated Administrator(s) in the petition and is/~~are~~ hereby found to be legally qualified for said office. The Court finds that the decedent died domiciled within, or domiciled outside the State of Georgia but owning property within, the above County. The Court finds that the decedent died intestate. The Court further finds that all of the heirs at law were served or acknowledged service. The Court further finds that no objection has been filed, and all requirements of law have been fulfilled.

ACCORDINGLY, IT IS ORDERED that the person(s) named above is/are found to be qualified for such office and is/are hereby, appointed administrator(s) of the estate of the decedent, and that appropriate letters be issued upon said administrator(s) giving bond with approved surety in the sum of **$0.00** and taking the oath as provided by law. The administrator(s) shall not make any distribution to a person for the benefit of a minor unless that person is qualified to receive such funds according to law.

IT IS FURTHER ORDERED that upon unanimous consent and publication of notice as necessary, the Court hereby: (*Initial all that apply*.)

<u>X</u> (a)   **POWERS GRANTED**: Grants to the Administrator(s) all of the powers contained in O.C.G.A. § 53-12-261, except the administrator(s) shall not be authorized to bind the estate by any warranty in any conveyance or contract in violation of O.C.G.A. §53-8-14 (a).

<u>X</u> (b)   **REPORTS WAIVED**: Grants to the administrator(s) the specific power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court;

<u>X</u> (c)   **BOND WAIVED**: Waives the specific requirement to post bond.

<u>X</u> (d)   **STATEMENTS WAIVED:** Grants to the administrator(s) the specific power to serve without furnishing to the heirs statements of receipts and disbursements.

SO ORDERED this **18th** day of **April**, 20**25**

_____
Judge of the Probate Court

GPCSF 3                                                                                          [9]