UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.P.,<br><br>    Plaintiff,<br><br>v.<br><br>SHIV GLOBAL HOTEL, LLC,<br>d/b/a Knights Inn, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-01229-LMM |

**PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Pursuant to Federal Rules of Civil Procedure 26(c)(1) and 5.2(d), Local Rule 79.1(B), and the Protective Order in this case (Doc. No. 6), Plaintiff files this Motion for Leave to file the following under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| A | Order | Redacted |
| B | Letters of Administration | Redacted |

Thus, Plaintiff requests leave to file under seal these exhibits as it includes sensitive, protected, and/or identifying information in reference to Plaintiff, documents, persons identified in the protective order.

Respectfully submitted on May 15, 2025.

                              ANDERSEN, TATE & CARR, P.C.

                              */s/ Jennifer M. Webster*
                              PATRICK J. MCDONOUGH
                              Georgia Bar No. 489855
                              pmcdonough@atclawfirm.com
                              TYLER A. DILLARD
                              tdillard@atclawfirm.com
                              JONATHAN S. TONGE
                              Georgia Bar No. 303999
                              jtonge@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                                                ANDERSEN, TATE & CARR, P.C.

                                                                */s/ Jennifer M. Webster*
                                                                PATRICK J. MCDONOUGH
                                                                Georgia Bar No. 489855
                                                               pmcdonough@atclawfirm.com
                                                                TYLER A. DILLARD
                                                                tdillard@atclawfirm.com
                                                                JONATHAN S. TONGE
                                                                Georgia Bar No. 303999
                                                                jtonge@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile