UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| C.P., <br><br> Plaintiff, <br><br> v. <br><br> SHIV GLOBAL HOTEL, LLC, <br> d/b/a Knights Inn, et al., <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 1:24-cv-01229-LMM |

**PROPOSED ORDER ON PLAINTIFF'S MOTION TO FILE UNDER SEAL**

Now before this Court is Plaintiff's Motion to Seal. Plaintiff requests leave to file the following documents:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
|---|---|---|
| A | Order | Redacted |
| B | Letters of Administration | Redacted |

For good cause shown, this Motion is **GRANTED**. Plaintiff is authorized to file under seal the documents identified in Plaintiff's Motion.

SO ORDERED THIS _____ DAY OF _____, 2025.

_____
The Honorable Leigh Martin May
UNITED STATES DISTRICT COURT JUDGE