UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

C.P.,

     Plaintiff,

v.

SHIV GLOBAL HOTEL, LLC,
d/b/a Knights Inn, et al.,

     Defendants.

CIVIL ACTION FILE

NO. 1:24-cv-01229-LMM

## ORDER

HAVING READ AND CONSIDERED the Parties' Consent Motion to Substitute Plaintiff C.P., deceased,

IT IS HEREBY ORDERED AND ADJUDGED that the Parties' Motion to Substitute C.P. is GRANTED, and the style be changed accordingly. Plaintiff need not file an Amended Complaint. Patricia Ann Payne, as Administrator of the Estate of C.P., shall be considered to be substituted in place of C.P. As of the date of this Order, all allegations contained within Plaintiff C.P.'s Complaint filed on March 21, 2024 (Doc No. 1) remain in full force and effect, and the style of the case shall be changed accordingly for all further proceedings.

SO ORDERED, this 16th day of May, 2025.

The Honorable Leigh Martin May
UNITED STATES DISTRICT COURT JUDGE

Prepared and presented by:
Patrick J. McDonough
Georgia Bar No.
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No.
Jtonge@atclawfirm.com
Jennifer M. Webster
Georgia Bar No.
jwebster@atclawfirm.com
ANDERSEN, TATE & CARR, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile