IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PATRICIA ANN PAYNE, *as administrator of the estate of* C. P., | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 1:24-cv-01229-LMM |
| SHIV GLOBAL HOTEL, LLC, *doing business as* Knights Inn, et al., | : : : : | |
| Defendants. | : | |

## ORDER

This case is before the Court on Plaintiff's motion for leave to file matters under seal. Dkt. No. [41]. No opposition has been filed.

Upon due consideration, the motion, Dkt. No. [41], is **GRANTED**. The Clerk is **DIRECTED** to **LIFT** the seal on the main document at Docket Entry [40] and place the documents at Docket Entries [40-1] and [40-2] under **PERMANENT SEAL**. The Clerk is further **DIRECTED** to amend the docket text at Docket Entries [39-2] and [39-3] to indicate that unredacted versions of the documents are filed under seal at Docket Entries [40-1] and [40-2], respectively.

**IT IS SO ORDERED** this 2nd day of June, 2025.

_____
**Leigh Martin May**
**United States District Judge**