UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PATRICIA ANN PAYNE, *as Administrator of the estate of C.P.*,<br><br>        Plaintiff,<br><br>v.<br><br>SHIV GLOBAL HOTEL, LLC, *d/b/a* Knights Inn, et al.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-cv-01229-LMM |

## PLAINTIFF'S DISMISSAL WITH PREJUDICE

COMES NOW Patricia Ann Payne, as Administrator of the Estate of C.P., Plaintiff in the above-styled action, by and through undersigned counsel, and hereby dismisses the above matter <u>with prejudice</u>.

Respectfully submitted on June 3, 2025.

                                       ANDERSEN, TATE & CARR, P.C.

                                       */s/ Patrick J. McDonough*
                                       PATRICK J. MCDONOUGH
                                       Georgia Bar No. 489855
                                       pmcdonough@atclawfirm.com
                                       JONATHAN S. TONGE
                                       Georgia Bar No. 303999
                                       jtonge@atclawfirm.com
                                       JENNIFER M. WEBSTER
                                       Georgia Bar No. 760381
                                       jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                           ANDERSEN, TATE & CARR, P.C.

                                           */s/ Patrick J. McDonough*
                                           PATRICK J. MCDONOUGH
                                           Georgia Bar No. 489855
                                           pmcdonough@atclawfirm.com
                                           JONATHAN S. TONGE
                                           Georgia Bar No. 303999
                                           jtonge@atclawfirm.com
                                           JENNIFER M. WEBSTER
                                           Georgia Bar No. 760381
                                           jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile